IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 02-20110
Summary Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JAIME CONRADO ISLAS,
also known as Ramon,
also known as Jaime Conrado-Islas,

Defendant-Appellant.

- - - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-99-CR-546
- - - - - - - - - - -
November 7, 2002

Before JONES, STEWART and DENNIS, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender has moved for leave to withdraw and has filed a brief pursuant to Anders v. California, 386 U.S. 738 (1967). Jaime Conrado Islas received a copy of counsel's motion and brief but has not filed a response. Islas's sentence was not in violation of law nor plainly unreasonable. See United States v. Giddings, 37 F.3d 1091, 1093 (5th Cir. 1994).

---

[*]Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Our review of the brief filed by counsel and of the record discloses no other nonfrivolous issue for appeal. Accordingly, the motion for leave to withdraw is **GRANTED**, counsel is excused from further responsibilities, and the **APPEAL IS DISMISSED**. See 5TH CIR. R. 42.2.